UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v. )<br><br>CODY PAGE CARTER CONNELL and )<br>DANIEL PAGE ADAMS, )<br><br>Defendants. ) | Criminal No. 21-0084 (PLF) |

ORDER

The Joint Defense Motion to Continue Sentencing [Dkt. No. 155] is DENIED.

Whatever the President-elect may or may not do with respect to some of those convicted for their

conduct at the Capitol on January 6, 2021, is irrelevant to the Court's independent obligations

and legal responsibilities under Article III of the Constitution.

The sentencing will go forward as scheduled on December 10, 2024 at 10:00 a.m.

in Courtroom 29 in the William B. Bryant Annex to the E. Barrett Prettyman Courthouse at 333

Constitution Avenue N.W., Washington, D.C. 20001. See Order [Dkt. No. 152].

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 11\14\24